**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Debbie Pittman

                        Plaintiff,

v.                                   Case No.: 1:25–cv–09038
                                   Honorable Franklin U. Valderrama

Rancourt & Company Shoecrafters, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's Notice of Voluntary Dismissal [15] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed with prejudice. Each side to bear its own costs and attorneys' fees. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.